UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jack Readnour,

    Plaintiff,

        v.                               Case No.   1:15cv003

Ted Berry, *et al.*,                         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 6, 2015 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** The Complaint (Doc. 3) is **DISMISSED** with prejudice for failure to state a claim for relief. Pursuant to 28 U.S.C. § 1915(a), any request to appeal *in forma pauperis* would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge